UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CURTIS M. RODRIGUES,<br><br>    Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>    Defendant. | NO. CV-06-3093-AMJ<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

**BEFORE THE COURT** for resolution is the Report and Recommendation entered on July 31, 2007 (Ct. Rec. 29), recommending that the parties' Joint Motion for Remand (Ct. Rec. 28) be granted and the case be remanded to the Commissioner for further proceedings. Having reviewed the report and recommendation and there being no objections thereto, the court adopts the magistrate judge's report and recommendation in its entirety.

**IT IS HEREBY ORDERED** that the Report and Recommendation **(Ct. Rec. 29)** to grant the parties' joint motion for a remand for additional proceedings is **ADOPTED in its entirety**. The Commissioner's decision to deny Plaintiff disability benefits is **Reversed and Remanded**.

**IT IS SO ORDERED**. The District Court Executive is directed to enter this Order and an Order of Judgment for the Plaintiff, forward copies to counsel, and close the file.

DATED this 23rd day of August, 2007.

                                    s/ Fred Van Sickle
                                    UNITED STATES DISTRICT JUDGE

ORDER ADOPTING REPORT AND RECOMMENDATION - 1